UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| DAVONTA MELVIN ROWLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 14-0031 (EGS) |
| | ) | |
| UNITED STATES SUPREME COURT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

MEMORANDUM OPINION

Defendant removed this action from the Superior Court of the District of Columbia and has moved to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Def.'s Mot. to Dismiss Compl. [Dkt. # 2]. Plaintiff has filed a motion to strike, which is liberally construed as his response [Dkt. # 5], and defendant has filed a reply [Dkt. # 6]. Plaintiff sues the United States Supreme Court for $18 billion. The complaint is vague and disjointed but plaintiff seems to complain about the Supreme Court's treatment of one of his cases that was dismissed by this court.

To the extent that the complaint is against the Justices of the Supreme Court, the Supreme Court's Clerk, or other Supreme Court employees, which is the only plausible reading, defendant correctly argues that it is shielded from this suit by absolute judicial immunity. *See Sindram v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir. 1993) (holding that "clerks, like judges, are immune from damage suits for performance of tasks that are an integral part of the judicial process") (citations omitted). Hence, defendant's motion to dismiss is granted. A separate order accompanies this Memorandum Opinion.

SIGNED:     EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE:  April 1, 2014